1 | BENJAMIN B. WAGNER
United States Attorney
2 | KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700

5 | Attorneys for the United States



**FILED**

SEP 23 2011



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

6

7

8 |                IN THE UNITED STATES DISTRICT COURT

9 |              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )    2:11-CV-02503-MCE-GGH
                                    )
12 |           Plaintiff,            )    **ORDER REGARDING CLERK'S**
                                    )    **ISSUANCE OF WARRANT FOR**
13 |      v.                         )    **ARREST OF ARTICLES *IN REM***
                                    )
14 | APPROXIMATELY $149,900.00 IN    )
    U.S. CURRENCY,                  )
15 |                                 )
                                    )
16 |           Defendant.            )
    _____      )

17 |     WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been

18 | filed on September 21, 2011, in the United States District Court

19 | for the Eastern District of California, alleging that the

20 | defendant Approximately $149,900.00 in U.S. Currency (hereafter

21 | "defendant currency") is subject to forfeiture to the United

22 | States pursuant to 21 U.S.C. § 881(a)(6) for one or more

23 | violations of 21 U.S.C. §§ 841 *et seq.*;

24 |     And, the Court being satisfied that, based on the Verified

25 | Complaint for Forfeiture *In Rem* and the affidavit of Drug

26 | Enforcement Administration Special Agent Peter G. Colichidas,

27 | there is probable cause to believe that the defendant currency so

28 | described constitutes property that is subject to forfeiture for

such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: _Sept. 22, 2011_

GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

Order Regarding Clerk's Issuance
of Warrant for Arrest