UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    No. 2:11-cv-02503-MCE-GGH

    Plaintiff,

  v.    ORDER CONTINUING TRIAL

APPROXIMATELY $149,900.00
IN U.S. CURRENCY,

    Defendant.
_____/

    YOU ARE HEREBY NOTIFIED the October 7, 2013 jury trial is vacated and continued to **March 31, 2014**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **January 23, 2014**.  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the August 8, 2013 Final Pretrial Conference is vacated and continued to **February 6, 2014**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **January 16, 2014** and shall comply with the procedures outlined in the Court's March 6, 2012 Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1

1 Telephonic appearances for this hearing are not permitted.

2 Any evidentiary or procedural motions are to be filed by
3 **January 16, 2014**.  Oppositions must be filed by **January 23, 2014**
4 and any reply must be filed by **January 30, 2014**.  The motions
5 will be heard by the Court at the same time as the Final Pretrial
6 Conference.

7 The October 12, 2012 Stipulation and Proposed Order
8 Continuing Discovery and Expert Disclosure Dates (ECF No. 19) is
9 granted as to the following:

10    1.   Discovery must be completed by March 1, 2013.

11    2.   Expert witness disclosures must be completed by April 1,
12 2013.

13    3.   The last day to hear dispositive motions shall be August
14 7, 2013.  Dispositive motions must be filed at least eight (8)
15 weeks prior to the hearing date.  Oppositions and any cross-
16 motions must be filed at least five (5) weeks prior to the
17 hearing date.  Replies, if any, and any oppositions to cross-
18 motions must be filed at least three (3) weeks prior to the
19 hearing date, and any replies to cross-motions must be filed at
20 least one (1) week prior to the hearing.

22 IT IS SO ORDERED.

23 Dated: October 18, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE