**JOSEPH A. WELCH; SBN: 119312**
HINTZ & WELCH
1006 4th Street, Suite 220
Sacramento, CA 95817
Telephone: 916.444.5203
Facsimile: 916.444.8702

Attorney for Ryan Monaghan and MaryAnn Monaghan

## IN THE UNTIED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>      vs.<br><br>APPROXIMATELY $149,900.00 IN US CURRENCY,<br>            Defendant. | 2:11 –CV-02503-MCE-GGH<br><br>**STIPULATION TO CONTINUE DISCOVERY AND EXPERT DISCLOSURE DATES; ORDER** |

The United States and Claimants, Ryan Monaghan and Maryann Sanders Monaghan, by and through their undersigned attorneys, hereby stipulate:

1.    This stipulation is executed by an all parties who have appeared and are affected by this action.

2.    Due to the devastation caused by Hurricane Sandy on October 29, 2012 on Claimant's family home located in Manasquan, New Jersey, which has been declared part of the federal disaster area, the Claimants have been unavailable for deposition in Sacramento, California.  It has been necessary for Claimants to remain in New Jersey to help with the family

**Page 1**
**Stipulation to Continue Discovery and Expert Witness**
**Disclosure Dates; Order Thereon**

construction business and the re-construction of the family home. The Claimants expect this reconstruction to continue through February 2013.

3. In addition, Claimant's counsel has three (3) felony jury trials scheduled for January and February 2013 in Sacramento County Superior Court, one of which was continued on November 19, 2012 (in the middle of jury selection) to January 15, 2013 due to the hospitalization of the client of Claimant's counsel. The first realistic available date for the depositions of Claimants and related witnesses will be the week of March 11, 2013.

4. The parties have agreed to set aside March 12, 2013 through March 15, 2013 to complete the depositions of the parties and witnesses noticed by the Government.

5. The scheduling dates impacted by the above-mentioned continuances include:

a. Discovery to be completed by March 1, 2013. The parties suggest that the date to complete discovery be continued until **May 15, 2013**.

b. Expert Witness Disclosures ordered to be completed by April 1, 2013. The parties suggest that the date to complete Expert Witness Disclosure be continued until **May 15, 2013**, and the date to complete depositions of expert witnesses be set on **June 15, 2013**.

c. The last day to hear dispositive motions is set for August 7, 2013. The parties suggest that the last day to hear dispositive motions be continued to **October 9, 2013**.

6. No other scheduling dates are impacted by this stipulation.

//

//

//

///

**IT IS SO STIPULATED.**

DATED: January 18, 2013          BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/  Kevin C. Khasigian (as authorized 1/17/13)
                                 KEVIN C. KHASIGIAN
                                 Assistant United States Attorney


DATED: January 18, 2013          /s/  Joseph A. Welch
                                 JOSEPH A. WELCH
                                 Attorney for Claimants, Ryan Monaghan and
                                 Maryann Monaghan


    IT IS SO ORDERED.

DATED:   February 8, 2013


                                 _____
                                 MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                 UNITED STATES DISTRICT JUDGE

Stipulation to Continue Discovery and Expert Witness
Disclosure Dates; Order Thereon